# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00726-DSC

| | |
|---|---|
| **TERESA RORIE,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER** |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | )<br>)<br>) |
| **Defendant.** | ) |

    **PURSUANT TO** the authority of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's Motion, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

    The Clerk will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    The Clerk is directed to send copies of this Order to counsel for the parties.

    **SO ORDERED**.

Signed: November 30, 2021

David S. Cayer
United States Magistrate Judge